**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **JESUS ELIOSA GALICIA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **26-11468-FDS** |
| | ) | |
| **TODD LYONS, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

### TEMPORARY RESTRAINING ORDER

**SAYLOR, J.**

Pursuant to Fed. R. Civ. P. 65, after review of the record, and finding that petitioner is likely to suffer irreparable injury in the absence of a temporary restraining order, the Court hereby ORDERS that the government shall facilitate petitioner's transport to his biometrics appointment before USCIS scheduled for today, June 22, 2026.  If the government is unable to do so, it shall expeditiously schedule a new biometrics appointment for petitioner and facilitate his transport to that new appointment.  The government shall not deny petitioner's pending adjustment of status application for failure to appear where his failure to appear is caused by his continued detention.

**So Ordered.**

|  |  |
|---|---|
| | /s/  F. Dennis Saylor IV |
| | F. Dennis Saylor IV |
| Dated at Boston, Massachusetts | United States District Judge |
| June 22, 2026, 9:45 a.m. | |